NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VICTORIA JOHNSON,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2022-1883

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 18-3683, Judge Amanda L. Meredith.

---

## JUDGMENT

---

ALEXANDRA M. AVVOCATO, Morrison & Foerster LLP, New York, NY, for claimant-appellant.  Also represented by AARON GABRIEL FOUNTAIN, Austin, TX; DEANNE MAYNARD, Washington, DC.

NATHANAEL YALE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee.  Also represented by BRIAN M. BOYNTON, MARTIN F. HOCKEY, JR., PATRICIA M.

MCCARTHY; BRIAN D. GRIFFIN, JONATHAN KRISCH, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, SCHALL, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 7, 2023
Date

Jarrett B. Perlow
Clerk of Court